IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| PAUL CLARKE, | ) |
| Petitioner, | ) |
| v. | ) CV 309-013 |
| WALT WELLS, Warden, | ) |
| Respondent. | ) |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the petition is **DISMISSED**, and this civil action is **CLOSED**.

SO ORDERED this 13th day of March, 2009, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE